**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



CORRECTED ORDER

Appellate case name:       Cecil Adams v. Rebecca Ross

Appellate case number:    01-18-00628-CV

Trial court case number:  1084022

Trial court:                       County Civil Court at Law No. 3 of Harris County

It has come to this Court's attention that this appeal may be moot because all issues concerning the mediated settlement agreement were adjudicated in trial court cause number 1044023, styled *Maxine Adams and Cecil Adams v. Rebecca Ross*. A court of appeals lacks jurisdiction to consider moot controversies. *See In re J.J.H., a Child*, 546 S.W.3d 765, 766 (Tex. App.—Houston [1st Dist.] 2018, no pet.).

Accordingly, this appeal may be dismissed for want of jurisdiction unless appellant files a response **within 10 days of the date of this order** demonstrating that this appeal is not moot. *See* TEX. R. APP. P. 42.3(a).

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly___
                                ☑ Acting individually    ☐ Acting for the Court

Date:  __October 8, 2019___